UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHUNMAN ZHANG, et ano.,

                      Plaintiffs,                            17-cv-5415 (PKC)

   -against-

                                                    ORDER

CITY OF NEW YORK, et al.

                      Defendant.
-----------------------------------------------------------------x
CASTEL, U.S.D.J.

        This action was reassigned to the undersigned on September 7, 2022. This schedule applies to the remaining proceedings prior to trial:

1. Plaintiffs' proposed voir dire, proposed verdict sheet, proposed jury instructions and their motions in limine shall be filed by November 18, 2022, with a copy of the voir dire, verdict sheet and jury instructions delivered in MS Word format. Also, by November 18, 2022, plaintiffs shall deliver to defendants in MS Word format their portion of the proposed Joint Pre-Trial Order.

2. Defendant's proposed voir dire, proposed verdict sheet, proposed jury instructions, its motions in limine and its responses to plaintiffs' motions in limine shall be filed by December 6, 2022, with a copy of the voir dire, verdict sheet and jury instructions delivered in MS Word format. Also, by December 6, 2022, defendants shall deliver in MS Word format to plaintiffs their portion of the proposed Joint Pre-Trial Order merged with plaintiffs' portion.

3. By December 16, 2022, plaintiffs shall file their response to defendant's motions in limine. Also by December 16, 2022, the parties shall file the proposed Joint Pre-Trial Order.

4. The Final Pre-Trial Conference will be held on December 21, 2022 at 2:30 p.m.

5. The action will be referred to mediation for a session to be held during the month of October, 2022.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
September 12, 2022